**SIGNED.**

Dated: May 16, 2008

/s/ James M. Marlar
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| DONNEL S. BOEHM, | No. 4-05-bk-02378-JMM |
| Debtor. | Adversary No. 4:07-ap-00068-JMM |
| DONNEL S. BOEHM, Debtor and DIANNE C. KERNS, Chapter 13 Trustee, | **MEMORANDUM DECISION** |
| Plaintiffs, | |
| vs. | |
| PLAYHARD TRANSPORT, INC., a New Mexico, corporation; and JASON ELGERSMA, individually, | |
| Defendants. | |

On March 20, 2008, the Defendants in this action filed a motion for summary judgment (Dkt. #33). It is set for hearing on June 3, 2008.

To date, the Plaintiffs have not filed a response thereto, but on May 12, 2008, filed a motion to amend their complaint (Dkt. #36). While explaining that the summary judgment motion somehow changed the posture of the case, the Plaintiffs failed to articulate what the nature and theories of the proposed amended complaint will be. Usually, in such circumstances, a copy of the proposed amended complaint is attached.

Regardless, the filing of a motion for an amendment to a complaint does not toll, or otherwise affect the motion for summary judgment. Unless the Plaintiffs desire to have the motion

1 for summary judgment ruled on, since they have filed no response thereto, the court strongly
2 suggests that a response to the motion be filed as soon as possible.
3         In the meantime, the motion to amend will be denied, without prejudice, for the
4 Plaintiffs' failure to adequately articulate how their cause of action has now materially changed.[1]
5         A separate order will be entered. FED. R. BANKR. P. 9021.

7         DATED AND SIGNED ABOVE.

9 COPIES served as indicated below
on the date signed above:

11 Eric Slocum Sparks
Law Office of Eric Slocum Sparks, P.C.
110 South Church Ave., #2270
12 Tucson, AZ 85701-3031
Attorneys for Debtor         Email: eric@ericslocumsparkspc.com

Dianne Crandell Kerns, Trustee
14 7320 N. La Cholla #154
PMB 413
15 Tucson, AZ 85741-2305         Email: mail@dcktrustee.com

16 Ronald N. Allen
Allen & Copperstone PLLC
17 252 W. Ina Rd., Ste 203
Tucson, AZ 85704         Email: ronald.allen@azbar.org

Office of the U.S. Trustee
19 230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706         U.S. Mail

21 By /s/ M. B. Thompson
     Judicial Assistant

---

[1] The court further notes that, although this chapter 13 case was filed on May 2, 2005 (over <u>three years</u> ago), and although having been granted no fewer than eight (8) extensions of time within which to confirm the Debtor's plan, no confirmed plan is yet on file, and the Trustee has filed a motion to dismiss. In addition, the plan has a stated term of 36 months, which has now <u>expired</u>. It is time for this Debtor to get serious about what it is he seeks to do, or the case will be dismissed post-haste, and this adversary proceeding will be mooted out by such an event.